

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00043-CV

| | | |
|---|---|---|
| WERNER CO., Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (2011-40709-362) |
| V. | § | March 25, 2021 |
| | § | Memorandum Opinion by Justice |
| J. DEVALLEE, Appellee | | Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment.

Having found that at least one category of future damages was excessive and not supported by factually sufficient evidence, we suggest a remittitur of $1,000,000 on this award. If John DeVallee files this remittitur with the trial court clerk within fifteen days of our judgment and notifies this court of such, we will reform the amount of damages and affirm the judgment as modified.

If John DeVallee does not timely file the remittitur, we will reverse the trial court's judgment and remand for a new trial on liability and damages.

It is further ordered that John DeVallee and Werner Co. shall split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell